UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON, | No. 2:14-cv-1710 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| YC PARMIA INSURANCE GROUP, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed November 14, 2014, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On November 24, 2014, plaintiff submitted the copies of the complaint but failed to submit properly completed USM-285 forms with the address for service of each defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff three blank USM-285 forms; and

////

////

////

1

2. Within thirty days, plaintiff shall submit to the court the completed USM-285 forms required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated:  December 5, 2014

/Jami1710.8f

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE