UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON,<br><br>            Plaintiff,<br><br>     v.<br><br>YC PARMIA INSURANCE GROUP, et al.,<br><br>            Defendants. | No.  2:14-cv-1710 GEB KJN P<br><br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On December 9, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

   Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 9, 2015, are adopted in full;

2.  Defendants' motion to dismiss (ECF No. 21) is partially granted, and defendants Yolo County and YC Parma Insurance Group are dismissed;

3. Defendant Whitehead's motion to dismiss is denied; and

4.  Within twenty-one days from the date of this order, defendant Whitehead shall file a responsive pleading.

Dated:  January 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge